Daniel W. Lanfear
State Bar No. 00784443
The Lanfear Law Firm, P.C.
4040 Broadway, Suite 510
San Antonio, TX  78209
Telephone:  210-824-9230
Dan@lanfearlaw.net

Attorney for Defendants
Elevated Energy Solutions, LLC
d/b/a Home Smart Solutions and
Michael B. Curtis

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | CAUSE NUMBER: 3:19-cv-00390 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | **ADVISORY TO THE COURT** |
| | § | |
| ELEVATED ENERGY SOLUTIONS LLC | § | |
| D/B/A HOME SMART SOLUTIONS, | § | |
| MICHAEL B. CURTIS INDIVIDUALLY, | § | |
| TRISMART SOLAR LLC, MARK | § | |
| AARON BENCH INDIVDUALLY, JODY | § | |
| BENCE INDIVIDUALLY, APEX LEAD | § | |
| MEDIA PVT LTD, | § | |
| | § | |
| Defendants. | | |

**<u>ADVISORY</u>**

Plaintiff Joe Shields and Defendants Elevated Energy Solutions LLC d/b/a Home Smart

Solutions and Michael B. Curtis, individually, advise the Court that they have reached a settlement

in principle of the claims pertaining to them in this case.  These parties are working on finalizing

their settlement and upon doing so will file papers disposing of plaintiffs' claims against these

particular defendants.

Respectfully submitted,


/s/ *Joe Shields*  _____
Joe Shields In Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Telephone: 281-482-7603
antitelemarketer@gmail.com


/s/ *Daniel W. Lanfear*  _____
Daniel W. Lanfear
State Bar No. 00784443
The Lanfear Law Firm, P.C.
4040 Broadway, Suite 510
San Antonio, TX  78209
Telephone:  210-824-9230
Facsimile:  210-824-7911
Dan@lanfearlaw.net

Attorney for Defendants
Elevated Energy Solutions, LLC
d/b/a Home Smart Solutions and
Michael B. Curtis

–2–