United States District Court
Southern District of Texas
**ENTERED**
January 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:19-cv-00390 |
| ELEVATED ENERGY SOLUTIONS, LLC, *et al.* | § § § § § | |
| Defendants. | | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Dkt. 4. Accordingly, it is hereby **ORDERED** that the plaintiff's claims against the defendants in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Friday, February 28, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the Court on or before Friday, February 28, 2020.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas on this 2nd day of January 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE