United States District Court
Southern District of Texas
**ENTERED**
January 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-cv-00390 |
| | § | |
| ELEVATED ENERGY SOLUTIONS, | § | |
| LLC, *et al.* | § | |
| | § | |
| | § | |
| Defendants. | § | |

## CORRECTED CONDITIONAL DISMISSAL ORDER

On January 2, 2020, the Court entered a conditional dismissal order dismissing plaintiff's claims against all defendants in the above-numbered and -styled case.  Dkt. 12. The Court withdraws its previous conditional dismissal order and issues this corrected conditional dismissal order.

The Court has been advised that a settlement has been reached between the plaintiff and Elevated Energy Solutions, LLC d/b/a/ Home Smart Solutions and Michael B. Curtis, individually.  Dkt. 4.  Accordingly, it is hereby **ORDERED** that the plaintiff's claims against Elevated Energy Solutions, LLC d/b/a/ Home Smart Solutions and Michael B. Curtis, individually, in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Friday, February 28, 2020, that the settlement could not be completely documented. If the parties wish the plaintiff's claims against Elevated Energy Solutions, LLC d/b/a/ Home Smart Solutions or Michael B. Curtis, individually, be disposed of on an agreed

judgment rather than this order, it must be submitted to the Court on or before Friday,

February 28, 2020.

SIGNED at Galveston, Texas on this 2nd day of January, 2020.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE