IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE SHIELDS,<br> *Plaintiff*,<br><br>v.<br><br>ELEVATED ENERGY SOLUTIONS, LLC D/B/A HOME SMART SOLUTIONS, MICHAEL B. CURITS INDIVIDUALLY, TRISMART SOLAR LLC, MARK AARON BENCH INDIVIDUALLY, APEX LEAD MEDIA PVT LTD, POWER OF OUR SUN LLC AND KRISTEN MARTIN INDIVIDUALLY AND ADIAN MARTIN INDIVIDUALLY,<br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:19-cv-00390<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Joe Shields ("Plaintiff"), and Defendants Power of Our Sun LLC, Kristen Martin, and Adian Martin ("Power Defendants") hereby jointly notifies the Court that Plaintiff and Power Defendants have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, Plaintiff and Power Defendants will file the appropriate dismissal documents with the Court. The parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings related to Power Defendants until that time.

Respectfully Submitted,

*/s/Joe Shields (with permission)*
Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546
281-482-7603
antitelemarketer@gmail.com
*Plaintiff (Pro Se)*

-AND-

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael A. Harvey*
**MICHAEL A. HARVEY**
State Bar No. 24058352
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-4068
Fax:  (713) 222-5868
mharvey@munsch.com

**ATTORNEY FOR DEFENDANTS
POWER OF OUR SUN, LLC, ADIAN MARTIN,
AND KRISTEN MARTIN**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

**Joe Shields**
16822 Stardale Lane
Friendswood, Texas 77546
281-482-7603
antitelemarketer@gmail.com
*Plaintiff (Pro Se)*


**Michael A. Harvey**
State Bar No. 24058352
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-4068
Fax:  (713) 222-5868
mharvey@munsch.com
*Attorneys for Defendants Power*
*Of Our Sun, LLC, Adian Martin, and*
*Kristen Martin*

/s/ *Michael A. Harvey*
Michael A. Harvey