United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOE SHIELDS, § | |
| § | |
| *Plaintiff,* § | |
| VS. § | 3:19-CV-390 |
| § | |
| POWER OF OUR SON LLC, KRISTEN § | |
| MARTIN, ADIAN MARTIN, *et al.* § | |
| § | |
| *Defendants.* | |

## CONDITIONAL DISMISSAL ORDER

The plaintiff Joe Shields, along with three of the defendants, Power of Our Sun LLC, Kristen Martin, and Adian Martin, filed a joint notice of settlement. Dkt. 35. Accordingly, the court orders that the plaintiff's claims against Power of Our Son LLC, Kristen Martin, and Adian Martin are dismissed with prejudice unless any party represents in writing filed with the court on or before January 4, 2021, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before January 4, 2021.

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on this, the 2nd day of November, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE