IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 09 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE SHIELDS | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ELEVATED ENERGY SOLUTIONS LLC | ) CIVIL ACTION No.3:19-cv-00390 |
| D/B/A HOME SMART SOLUTIONS, | ) |
| MICHAEL B. CURTIS INDIVIDUALLY, | ) |
| TRISMART SOLAR LLC, MARK AARON | ) |
| BENCH INDIVIDUALLY, JODI BENCH | ) |
| INDIVIDUALLY, APEX LEAD MEDIA | ) |
| PVT LTD, POWER OF OUR SUN LLC | ) |
| AND KRISTEN MARTIN INDIVIDUALLY | ) |
| AND ADIAN MARTIN INDIVIDUALLY | ) |
| | ) |
| Defendants | ) |

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS TRISMART SOLAR

LLC AND MARK AND JODI BENCH ONLY

COMES NOW Plaintiff Joe Shields ("Plaintiff") and hereby files this Notice of Voluntary Dismissal in the above captioned matter pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). This Notice of Dismissal is filed prior to a Motion for Summary Judgment having been filed by any opposing party. Therefore, Plaintiff Shields wishes to dismiss the case with prejudice against the Defendants Trismart Solar LLC and mark and Jodi Bench with each party bearing his or its own fees and costs.

Respectfully submitted,

_Joe Shields_

Joe Shields
Plaintiff Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOE SHIELDS | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) ) |
| ELEVATED ENERGY SOLUTIONS LLC D/B/A HOME SMART SOLUTIONS, MICHAEL B. CURTIS INDIVIDUALLY, TRISMART SOLAR LLC, MARK AARON BENCH INDIVIDUALLY, JODI BENCH INDIVIDUALLY, APEX LEAD MEDIA PVT LTD, POWER OF OUR SUN LLC AND KRISTEN MARTIN INDIVIDUALLY AND ADIAN MARTIN INDIVIDUALLY | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION No.3:19-cv-00390 |
| Defendants | ) |

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing Plaintiff's Notice of Dismissal of all Defendants was served on Defendants' attorney(s) of record listed below on November 6th, 2020.

Alan Ray San Miguel
25329 Budde Rd, Suite 401
The Woodlands, Texas 77380
Email: service@sanmiguel.law

*Joe Shields* (signature)

Joe Shields
Plaintiff pro se
16822 Stardale Lane
Friendswood, Texas 77546
Phone: 281-482-7603
Email: antitelemarketer@gmail.com

Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603

Via 1st Class Mail

November 6th, 2020

David J. Bradley
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550

Re: Civil Action 3:19-cv-00390, Joe Shields v. Elevated Energy Solutions LLC et al, US District Court for the Southern District of Texas

Dear Mr. Bostic:

Enclosed please find Plaintiff's Notice of Dismissal of the defendants Trismart Solar LLC and Mark and Jodi Bench only.

Please bring my Notice to the Judges attention.

Thank you,

*Joe Shields*

Joe Shields

Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546

NORTH HOUSTON TX 773

7 NOV 2020  PM 2



David J. Bradley
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550

77550-173811