United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | |
| *Plaintiff,* | § § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-390 |
| ELEVATED ENERGY SOLUTIONS LLC, *et al.*, | § § § § | |
| *Defendants.* | § | |

# **ORDER**

Before the court is plaintiff Joe Shields's motion to voluntarily dismiss defendants Trismart Solar LLC, Mark Bench, and Jodie Bench. Dkt. 37. That motion is granted. Accordingly, Shields's claims against Trismart Solar LLC, Mark Bench, and Jodie Bench are dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on this, the 10th day of November, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE