IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 22 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| JOE SHIELDS | ) |
| Plaintiff | ) |
| vs. | ) |
| ELEVATED ENERGY SOLUTIONS LLC D/B/A HOME SMART SOLUTIONS, MICHAEL B. CURTIS INDIVIDUALLY, TRISMART SOLAR LLC, MARK AARON BENCH INDIVIDUALLY, JODI BENCH INDIVIDUALLY, APEX LEAD MEDIA PVT LTD, POWER OF OUR SUN LLC AND KRISTEN MARTIN INDIVIDUALLY AND ADIAN MARTIN INDIVIDUALLY | ) CIVIL ACTION No.3:19-cv-00390 |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO NONRESPONDING DEFENDANT APEX LEAD MEDIA PVT LTD

COMES NOW Plaintiff Joe Shields ("Plaintiff") and hereby files this Notice of Voluntary Dismissal as to the last remaining Defendant in the matter pending before the Court pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). This Notice of Dismissal is filed prior to an Answer or a Motion for Summary Judgment having been filed by the Defendant Apex Lead Media PVT LTD. Therefore, Plaintiff Shields wishes to dismiss the case without prejudice against the Defendant Apex Lead Media PVT LTD.

Respectfully submitted,

_Joe Shields_

Joe Shields
Plaintiff Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603