Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603

United States Courts
Southern District of Texas
FILED

NOV 22 2021

Nathan Ochsner, Clerk of Court

Via 1st Class Mail

November 18th, 2021

David J. Bradley
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550

Re: Civil Action 3:19-cv-00390, Joe Shields v. Elevated Energy Solutions LLC et al, US District Court for the Southern District of Texas

Dear Mr. Ruben Castro:

Enclosed please find Plaintiff's Notice of Dismissal of the Defendant Apex Lead Media PVT LTD. Please note that Apex Lead Media PVT LTD is the last remaining defendant in the matter and the case can be closed.

Please bring my Notice to the Judges attention.

Thank you,

*[signature]*

Joe Shields

Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546

NORTH HOUSTON TX 773

20 NOV 2021 PM 1 L

David J. Bradley
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550

United
Southern Dist
FILED
NOV 22 2021
Nathan Ochsner, Clerk of Court

77550-173811