# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JOE SHIELDS, § § *Plaintiff*, § § VS. § § ELEVATED ENERGY SOLUTIONS § LLC d/b/a HOME SMART § SOLUTIONS, *et al.* § § *Defendants*. § § | CIVIL ACTION No. 3:19-cv-00390 |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On November 22, 2021, Joe Shields filed a notice of voluntary dismissal as to its claims against the final defendant in this case, Apex Lead Media PVT, Ltd. Dkt. 42. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, it is ordered that all claims asserted by Shields against Apex Lead Media are dismissed without prejudice to refiling.

Each party shall bear its own attorney's fees and costs.

Signed on Galveston Island on this, the 23rd day of November 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE